# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 19, 2024

## NO. 03-22-00418-CV

**Albert Adcock, Appellant**

**v.**

**Cal-Maine Foods, Inc., Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the order granting appellee's motion for summary judgment and denying appellant's motion for partial summary judgment, signed by the trial court on May 9, 2022, which merged into the trial court's final judgment signed on June 8, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's order denying appellant's motion for partial summary judgment. Therefore, the Court affirms that portion of the trial court's order. The Court further holds that there was reversible error in the portion of the trial court's order granting appellee's motion for summary judgment. Therefore, the Court reverses that portion of the trial court's order and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.